(100 South. 88)

Ex parte Louis YOUNGBLOOD. (6 Div. 88.)

(Supreme Court of Alabama, April 17, 1924. Rehearing Denied May 15, 1924.)

Certiorari to Court of Appeals.

S. T. Wright, of Fayette, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Louis Youngblood for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Youngblood v. State, 19 Ala. App. 561, 100 South. 87.

Writ denied.

---

(99 South. 838)

Ex parte Thomas Spurgeon THORNTON. (6 Div. 83.)

(Supreme Court of Alabama, April 10, 1924. Rehearing Denied May 15, 1924.)

Certiorari to Court of Appeals.

J. S. McLendon, of Birmingham, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Thomas Spurgeon Thornton for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Thornton v. State, 19 Ala. App. 544, 99 South. 837.

Writ denied, and judgment affirmed.